UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

ALBERTO MORA, on behalf of him-
self and others similarly situated        Docket No. 08 CIV 5004 (PAC)

          **Plaintiff,**

       **-against-**            **RULE 7.1 STATEMENT**

**HARVARD MAINTENANCE, INC.,**

          **Defendant.**

-----------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the Defendant, **Harvard Maintenance, Inc.**, has no corporate parents, subsidiaries, or affiliates of that party which are publicly held.

Dated: Lake Success, NY
       July 1, 2008

                                                       /s/
                                                 Perry S. Heidecker, Esq. (PH 6955)
                                                 Milman Labuda Law Group PLLC
                                                 Attorneys for Defendant
                                                 3000 Marcus Avenue, Suite 3W3
                                                 Lake Success, New York 11042
                                                 (516) 328-8899