UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ALBERTO MORA, on behalf of himself and
others similarly situated,

                Plaintiff(s),

          -against-

HARVARD MAINTENANCE, INC.

               Defendant(s).
-----------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 17 2008
```

08 Civ. 5004 (PAC)

CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING
ORDER

      The Civil Case Management Plan, submitted in accordance with Rule 26(f), Fed. R. Civ. P., is adopted as the Scheduling Order of this Court in accordance with Rule 16 (f), Fed. R. Civ. P.

1. All parties <u>do not consent</u> to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. §636(c).

2. This case <u>is</u> to be tried to a jury.

3. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within <u>30</u> days from the date of this Order.

4. Initial disclosure pursuant to Rule 26(a)(1),Fed. R.Civ.P., shall be completed not later than <u>14</u> days from the date of this Order.

5. All <u>fact</u> discovery shall be completed no later than <u>November 17, 2008</u>.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided all fact discovery is completed by the date set forth in paragraph 5 above:

    a. Initial requests for production of Documents to be served by <u>August 18, 2008</u>.
    b. Interrogatories to be served by <u>August 18, 2008</u>.
    c. Deposition to be completed by <u>October 17, 2008</u>.
    d. Requests to Admit to be served no later than <u>November 3, 2008</u>.

7.   a. All expert discovery shall be completed no later than <u>n/a</u>.

8. All motions and applications shall be governed by the Court's individual Practices, including pre-motion conference requirements.

9. All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

10. a. Counsel for the parties have discussed an informal exchange of information in aid of an early settlement of this case and have agreed upon the following:

    After receiving plaintiff's calculation of damages contained in initial disclosures, Defendant shall provide within 14 days reasons why it agrees or disagrees with those calculations.

    b. Counsel for the parties have discussed the use of the following alternative dispute resolution mechanisms for use in this case: (i) a settlement conference before Magistrate Judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately retained mediator. Counsel for the parties proposed the following alternative dispute resolution mechanism for this case:

    The District's Mediation Program.

    c. Counsel for the parties recommend that the alternative dispute resolution mechanism designated in paragraph b, be employed at the following point in this case:

    After completion of fact discovery.

    d. The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11. The Final Pretrial Submission Date is thirty (30) days following the close of fact and expert discovery (whichever id later). By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practice and Rule 26(a)(3). Fed. R. Civ. P. Any motions in limine (for which the promotion conference requirement is waived) shall be filed by the Final Pretrial Submission Date. If this action is to be tried before a jury, proposed voir dire, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date. Counsels are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the submission. Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard of Rule 51(a)(2)(A). Fed. R. Civ. P. If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted by the Final Pretrial Submission Date.

12. Counsel for the parties have conferred and their present best estimate of the length of trial is: Two (2) days.

13.

| Civil Case Management Plan Requirement | |
|---|---|
| Motion to amend or to join additional parties to be filed no later than: | Aug. 18, 2008 |
| Initial Disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P. to be served no later than: | July 31, 2008 |
| All fact discovery to be completed no later than: | Nov. 17, 2008 |
| Discovery-initial requests for production of documents to be served no later than: | Aug. 18, 2008 |
| Discovery-interrogatories to be served no later than: | Aug. 18, 2008 |
| Discovery-depositions to be completed no later than | Oct. 17, 2008 |
| Discovery-requests to admit to be served no later than: | Nov. 3, 2008 |
| All expert discovery to be completed no later than: | n/a |
| Parties to meet to confer on scheduled for expert disclosures no later than: | n/a |
| All counsel to meet face-to-face to discuss settlement no later than: | Dec. 1, 2008 |
| Date recommended by counsel for alternate dispute resolution: | Nov. 21, 2008 |

**TO BE COMPLETED BY THE COURT:**

14. The next Case Management is scheduled for _September 18, 2008 @ 4:30 pm_ Courtroom 20

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend shall be made in a written application in accordance with paragraph 1(E) of the Court's Individual Practices and shall be made no less than two (2) days prior to the expiration of the date sought to be extended.

_Paul A. Crotty_
Paul A. Crotty
United States District Judge

Dated: New York, New York

July 17, 2008